**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2520**

_____

ADEBAYO COLE,

             Petitioner - Appellant,

     v.

COMMISSIONER OF INTERNAL REVENUE,

             Respondent - Appellee.

_____

Appeal from the United States Tax Court.
(29496-11)

_____

Submitted: April 24, 2014         Decided: April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adebayo Cole, Appellant Pro Se. Curtis Clarence Pett, Francesca Ugolini, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adebayo Cole appeals from the tax court's order dismissing his tax court petition for failure to prosecute and upholding the Commissioner of Internal Revenue's determinations with respect to Cole's income tax liabilities for the 2008 and 2009 tax years. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. Cole v. Comm'r of Internal Revenue, No. 29496-11 (U.S.T.C. June 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED